1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   ROGER DINH (NYBN 4979274)
    Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Roger.Dinh@usdoj.gov
8
    Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13
    UNITED STATES OF AMERICA,          )   NO. 14-CR-00288  YGR
14                                      )
            Plaintiff,                   )   **ORDER OF DETENTION**
15                                      )
            v.                           )
16                                      )   Date:     June 18, 2014
    JOAMIER WOOTEN,                     )   Time:     9:30 a.m.
17      a/k/a Curtis Samuel White,      )   Court:    Hon. Kandis A. Westmore
        a/k/a Curtis Joamier White,     )
18                                      )
            Defendant.                   )
19                                      )
                                         )
20

21          Defendant Joamier Wooten is charged in an indictment with being a felon in possession of a

22   firearm, in violation of 18 U.S.C. § 922(g)(1).

23          The United States moved for the defendant's detention pursuant to 18 U.S.C. § 3142, and

24   requested a detention hearing, as permitted by 18 U.S.C. § 3142(f).  On June 18, 2014, following a

25   hearing pursuant to 18 U.S.C. § 3142(f), and considering the Pretrial Services report, the indictment

26   filed in this case, the proffers by both parties, and the factors set forth in 18 U.S.C. § 3142(g), the Court

27   ordered the defendant detained, finding the government had met its burden of showing by clear and

28   convincing evidence that no condition or combination of conditions in 18 U.S.C. § 3142(c) will

DETENTION ORDER
NO. CR-14-00288 YGR

1    reasonably assure the safety of any other person and the community.  *See* 18 U.S.C. §§ 3142(e) and (f).

2    In addition, the Court made the finding that the government had met its burden of showing by a

3    preponderance of the evidence that no condition or combination of conditions will reasonably assure the

4    appearance of the defendant.  *See United States v. Motamedi*, 767 F.2d 1403, 1407 (9th Cir. 1985).  In

5    particular, the Court noted the defendant's numerous prior failures to appear, prior revocations of

6    community supervision and criminal history.

7        Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C. §

8    3142(c) will reasonably assure the appearance of defendant as required and the safety of any other

9    person and the community.

10       Defendant is committed to the custody of the Attorney General or a designated representative for

11   confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving

12   sentences or held in custody pending appeal.  *See* 18 U.S.C. § 3142(i)(2).  Defendant must be afforded a

13   reasonable opportunity to consult privately with counsel.  *See* 18 U.S.C. § 3142(i)(3).  On order of a

14   court of the United States or on request of an attorney for the government, the person in charge of the

15   corrections facility must deliver defendant to the United States Marshal for a court appearance.  *See* 18

16   U.S.C. § 3142(i)(4).

17       IT IS SO ORDERED.

18   Dated: June 23, 2014

19                                              _____

20                                              HON. KANDIS A. WESTMORE
                                                United States Magistrate Judge

21

22

23

24

25

26

27

28

DETENTION ORDER
NO. CR-14-00288 YGR